AO 442 (Rev. 01/09) Arrest Warrant

9914307

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| ARDIT FERIZI | ) Case No. 1:15-MJ-515 |
| a/k/a Th3Dir3ctorY, | ) |
| | ) |
| Defendant | ) |

**UNDER SEAL**

RECEIVED UNITED STATES MARSHAL
2015 OCT -6 PM 3:23
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ardit Ferizi,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1030, Unauthorized access to a computer;
18 U.S.C. § 1028A, Aggravated identity theft; and
18 U.S.C. § 2339B, Providing material support to a designated foreign terrorist group

Date: 10/06/2015

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Issuing officer's signature*

City and state:   Alexandria, VA

Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/6/15, and the person was arrested on *(date)* 1/22/16
at *(city and state)*   MANASSAS, VA

Date:   1/27/16

*Arresting officer's signature*

KEVIN M GALLAGHER, SPECIAL AGENT
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____